IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DELFINO JUAREZ RODRIGUEZ : CIVIL ACTION
:
:
v. : No.  26-2955
:
JL JAMISON, *et al.* :

## ORDER

**AND NOW**, this 4th day of May 2026, upon filing of a Petition by Delfino Juarez Rodriguez for a writ of habeas corpus, it is hereby **ORDERED** that Respondents shall show cause by May 6, 2026, why the writ should not be granted and relief ordered.

BY THE COURT:

/s/ Catherine Henry

**CATHERINE HENRY, J.**