### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **DELFINO JUAREZ RODRIGUEZ** | **CIVIL ACTION** |
| **v.** | **No. 26-2955** |
| **JL JAMISON,** *et al.* | |

### ORDER

**AND NOW**, this 6th day of May 2026, upon consideration of the petition for a writ of habeas corpus, and the answer and response thereto, it is hereby **ORDERED** as follows:

1.  The petition (ECF No. 1) is **GRANTED** for the reasons in the accompanying memorandum.

2.  Respondents shall **IMMEDIATELY RELEASE** Juarez Rodriguez from custody and certify compliance with this Order by a filing on the docket on May 7, 2026, regarding Juarez Rodriguez's custody status. Respondents shall return to Juarez Rodriguez immediately upon his release all personal belongings confiscated upon or during his detention, including his identification documents.

3.  Respondents are **ENJOINED** for a period of seven days following Juarez Rodriguez's release from custody pursuant to this order from detaining Juarez Rodriguez based on the same putative legal bases for his present arrest and detention, which is to say under 8 U.S.C. §§ 1225 or 1226.[1]

---

[1] Juarez Rodriguez is not subject to mandatory detention under 8 U.S.C. § 1225. If Juarez Rodriguez is not released from custody because he is otherwise detained, for instance on a criminal or

4.   If the government seeks to detain Juarez Rodriguez after the period of seven days has elapsed, it must provide him with a bond hearing within 48 hours of his detention. If no bond hearing is provided within 48 hours, Juarez Rodriguez's remedy will recur.

5.   The Clerk shall **CLOSE** this case.

**BY THE COURT**:

/s/ Catherine Henry
_____
**CATHERINE HENRY,  J.**

---

civil commitment, then the seven-day period begins on the date of the lifting of detainers related to his immigration detention under §§ 1225 and 1226.